UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JESSICA TAYLOR, | ) |
|       Plaintiff, | ) ) ) |
| v. | )   No. 2:15-CV-265 |
| BROCK SERVICES, LLC and LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) ) ) |
|       Defendants. | ) |

## ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated February 27, 2017, [Doc. 29]. In that Report and Recommendation, the Magistrate Judge recommends that plaintiff's Motion for Summary Judgment, [Doc. 23], be denied, and defendants' Motion for Summary Judgment, [Doc. 25], be granted. The plaintiff has not filed objections to the Report and Recommendation.

After careful *de novo* consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein and with the modification set forth below, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 29], that the plaintiff's Motion for Summary Judgment and Request for Attorney's Fees, [Doc. 23], is DENIED, and defendants' Motion for Summary Judgment, [Doc. 25], is GRANTED.

    ENTER:

                                                 s/J. RONNIE GREER
                                           UNITED STATES DISTRICT JUDGE